UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
EDNA IGARTUA,

                        Plaintiff,

      -against-

                                                          **MEMORANDUM AND ORDER**

CONCERNS FOR INDEPENDENT LIVING               13-CV-4167 (ENV)
(The Heights); KILARA SOHANOFF, MPA;
BETTY WASSERMAN,

                        Defendants.
-------------------------------------------------------------------x
VITALIANO, D.J.

      Plaintiff Edna Igartua brings this *pro se* action pursuant to 28 U.S.C. § 1331 alleging that defendants harassed and discriminated against her because of her disability.[1] Plaintiff's submission did not include the requisite filing fee or *in forma pauperis* (IFP) application. By letter dated July 23, 2013, the Clerk of Court provided plaintiff with the proper forms and instructed her that, in order to proceed, she must pay the filing fee or return the completed IFP application form within 14 days from receipt of the letter. (*See* Dkt. No. 5). Plaintiff has failed to respond to the Court's letter. Accordingly, the action is dismissed without prejudice.

      SO ORDERED.

                                                          s/ ENV

                                            ERIC N. VITALIANO
                                            United States District Judge

DATED: Brooklyn, New York
           August 20, 2013

---

[1] This action was transferred to this Court from the U.S. District Court for the Southern District of New York by Order dated July 19, 2013. (*See* Dkt. No. 2).

1